Kevin R. Anderson, Bar #4786  
STANDING CHAPTER 13 TRUSTEE  
405 South Main Street, Suite 600  
Salt Lake City, Utah  84111  
Telephone:  (801) 596-2884  
Facsimile:  (801) 596-2898  
Email: kratrusteemail@ch13kra.com

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF UTAH  
CENTRAL DIVISION

_____

| IN RE: | JOEL  CATRAMBONE<br>PAMELA ANNE CATRAMBONE | Case No.  04T-39526 |
|---|---|---|
| | | Chapter 13     FILED ELECTRONICALLY |
| Debtor(s) | | JUDGE WILLIAM T. THURMAN |

_____

**CHAPTER 13 TRUSTEE'S**  
**FINAL REPORT AND ACCOUNTING**  
**OF COMPLETED CHAPTER 13 PLAN**
_____

Kevin R. Anderson, Standing Chapter 13 Trustee, hereby respectfully submits this Final Report and Accounting.  The Trustee declares under penalty of perjury as follows:

The above entitled case was filed on December 3, 2004

The First Meeting of Creditors was held on January 7, 2005

The Plan was confirmed on July 5, 2005

The Plan was consummated on (the date of the final payment)  February 21, 2006

The Plan terms were met according to the Confirmation Order and any subsequent orders.

The duration of the Plan was 07 months.

The dividend paid to the unsecured class was  100.00 % pursuant to Court Order.

The Trustee disbursed funds to creditors as listed in the confirmed Plan.

The following is the Trustee's summary of receipts and disbursements made in this case:

| | |
|---|---:|
| **Total Receipts** | 40,462.00 |

Disbursements:

| | | |
|---|---:|---:|
| **Total Trustee Commission** | | 3,323.75 |
| **Total Attorney Fees** | | 1,400.00 |
| Adequate Protection | .00 | |
| Secured Claims | .00 | |
| **Total Secured Claims** | | .00 |
| **Total Priority Claims** | | .00 |
| **Total Unsecured Claims** | | 34,885.92 |

Dividend paid to unsecured class 100.00 %

| | | |
|---|---:|---:|
| Debtor Refund | 852.33 | |
| Court Fees and Expenses | .00 | |
| **Total Refund/Court Fees** | | 852.33 |
| **Total Disbursements** | | 40,462.00 |

A detailed report of disbursements and claims paid is annexed hereto as Exhibit "A" and made a part part hereof  by this reference.

The Trustee certifies that the foregoing summary and report annexed as Exhibit "A" are true and complete, that the debtor(s) has(have) fully completed all payments pursuant to the confirmed Plan, and that all administrative matters for which the Trustee is responsible and all matters over which the Court retained jurisdiction have been completed.

DATED: 04/14/2006                                                                KRA /S/

                                                                                    _____
                                                                                    KEVIN R. ANDERSON,
                                                                                    Standing Chapter 13 Trustee

**TRUSTEE'S CERTIFICATE OF MAILING**

    I the undersigned, do hereby certify that a true and correct copy of the foregoing Final Report and Accounting of Completed Chapter 13 Plan was properly addressed, posted in the U.S. Mail, first class, postage prepaid on 04/14/2006 to the following parties at the addresses listed below:

  PAMELA ANNE CATRAMBONE
  JOEL  CATRAMBONE
270 SOUTH 500 EAST
PROVO UT

      84606

DEXTER & DEXTER ATTYS AT LAW
ECF Notification

    /S/
_____
Employee of Standing Chapter 13 Trustee

Page 3
Case No. 04T-39526
Final Report and Accounting
Prepared by: AL   (509)

```
AL (510)

                                         EXHIBIT "A"
DEBTOR(S):

                                                                     CASE NO. 0439526
                                                                     CLAIMS BAR DATE:Apr 07, 2005

COURT          ORDER                     TYPE OF CLAIM:            CLAIM AMOUNT:
CLAIM  ITEM    OF                        DESCRIPTION OF DEBT:         DIVIDEND:           INTEREST RATE:
NO.    NO.     PMNT. CREDITOR NAME AND ADDRESS  DATE CLAIM FILED:     PRINCIPAL PAID:     INTEREST PAID:

 1     0001    50    CENTRAL UTAH MEDICAL CENTER  UNSECURED                 374.63              3.00 %
                     1055 NORTH 500 WEST          SERVICES                  100.00 %              5.92
                     PROVO, UT                    Dec 29, 2004              374.63
                          84604

 2     0002    90    GREEN TREE FINANCIAL SERV    DIRECT PAYMENT OUTSIDE PLAN  .00                .00 %
                     7360 S KYRENE                MORT/P=DIRECT PAY          100.00 %             .00
                     TEMPE, AZ                    Jan 03, 2005                  .00
                          85283

 3     0003    90    UNIVERSAL MORTGAGE           DIRECT PAYMENT OUTSIDE PLAN  .00                .00 %
                     PO BOX 2082                  MORT/P=DIRECT PAY          100.00 %             .00
                     MILWAUKEE, WI                Jan 10, 2005                  .00
                          53201-2082

 4     0004    50    ZIONS FIRST NATIONAL BANK    UNSECURED               4,000.67              3.00 %
                     DEPARTMENT 232-K5            LOAN                      100.00 %             62.44
                     P.O. BOX 30709               Feb 01, 2005            4,000.67
                     SALT LAKE CITY, UT
                          84130

 5     0005    20    ZIONS FIRST NATIONAL BANK    SECURED                     .00                .00 %
                     DEPARTMENT 232-K5            00 DODGE/P=DIR PAY         100.00 %             .00
                     P.O. BOX 30709               Feb 01, 2005                  .00
                     SALT LAKE CITY, UT
                          84130

 6     0006    50    ECAST SETTLEMENT CORP.       UNSECURED                 477.29              3.00 %
                     PO BOX 35480                 CREDIT CARD                100.00 %             7.49
                     NEWARK, NJ                   Feb 11, 2005              477.29
                          07193-5480

 7     0007    50    HOUSEHOLD BANK               UNSECURED               2,066.99              3.00 %
                     C/O BASS & ASSOCIATES, P.C.  GOODS                     100.00 %             32.25
                     3936 E. FT LOWELL RD, STE 200  Mar 11, 2005          2,066.99
                     TUSCON, AZ
                          85712

 8     0008    50    SHERMAN ACQUISITION, LP.     UNSECURED              15,638.22              3.00 %
                     C/O RESURGENT CAPITAL SERVICES  EXTERNAL               100.00 %            244.03
                     P.O. BOX 10587               Mar 15, 2005           15,638.22
                     GREENVILLE, SC
                          29603-0587

 9     0009    50    SHERMAN ACQUISITION, LP.     UNSECURED              11,791.98              3.00 %
                     C/O RESURGENT CAPITAL SERVICES  UNS CHARGE OFF         100.00 %            184.01
                     P.O. BOX 10587               Mar 28, 2005           11,791.98
                     GREENVILLE, SC
                          29603-0587

       0010    20    KAWASAKI                     SECURED                     .00                .00 %
                     P.O. BOX 60107               COLE/SCOOT/P=DIR PAY       100.00 %             .00
                     CITY OF INDUSTRY, CA         Jun 16, 2005                  .00
                          91716-0107

fg#510
```